# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KYLE THOMAS POPE ) | CASE NO. 3:20-31637-SHB |
| ) | |
| Debtor(s) ) | |
| ) | Chapter 7 |

## AMENDED NOTICE OF SALE/AUCTION

**Notice is hereby given that**:

Pursuant to E.D. Tenn. LBR 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the relief requested in this paper, you must file with the Clerk of the court at United States Bankruptcy Court, 800 Market Street, Suite 330, Knoxville, Tennessee 37902, an objection within 21 days from the date this paper was filed and serve a copy on the movant, John P. Newton, Jr., Trustee, South Tower, Suite S-570, 1111 Northshore Drive, Knoxville, Tennessee 37919. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief requested in this paper and may grant the relief requested without further notice or hearing.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Comes now the Trustee herein and for his Amended Notice of Sale/Auction would show unto the Court as follows:

1. The Movant is the Chapter 7 Trustee in this case.

2. Their Amended Notice amends the original Notice filed on March 18, 2021.

3. The Debtor filed a Chapter 7 Bankruptcy case on July 01, 2020. The Debtor listed a 1990 Ford F-250 [VIN 1FTHF25Y4LLB17563] and a 1997 Ford F-350 LGT [VIN 1FDLF47F5VEA59161 in Schedule A/B of his petition. The vehicles became unencumbered due to an Adversary Order avoiding the liens, case no. 20-03045.

4. The Debtor also scheduled a 1997 Ford F-350 [VIN 1FDLF47F7REA31688]. After investigation, the Trustee found this vehicle was a 1994 Ford F-350. This vehicle was inadvertently left out of the original Sale Notice, but it was included in the Powell Auction sale.

5. The Trustee employed Kenny Phillips of Powell Auction & Realty Company to conduct the auction. The estate is responsible for the auctioneer fees (10% of the sales price or buyer's premium) and any expenses associated with the sale.

6. The sale was "as is" with no warranties expressed or implied. Upon receipt of payment, the Trustee will execute a Bill of Sale transferring the estate's interest in the vehicle to the highest bidder/buyer.

7. The sale yielded proceeds to the estate for payment of administrative expenses and a dividend to allowed claimants.

WHEREFORE, the Trustee gives this Amended Notice of Sale to correct the prior Notice to include the 1994 Ford F-350 [VIN 1FDLF47F7REA31688] along with the sale/auction of the 1990 Ford F-250 [VIN 1FTHF25Y4LLB17563] and the 1997 Ford F-350 LGT [VIN 1FDLF47F5VEA59161 on the terms and conditions contained herein.

Dated this 18th day of January, 2022

/s/ John P. Newton
John P. Newton, Esq.
Attorney for the Trustee
1111 Northshore Drive, Suite S-570
Knoxville, TN 37919
(865) 588-5111

## CERTIFICATE OF SERVICE

      I, John P. Newton, certify that a true and correct copy of the foregoing Trustee's Notice of Sale/Auction and Proposed Order has been served on the following and all creditors on the attached Creditor Matrix via Electronic Case Filing (ECF) and/or U.S. Mail (with sufficient postage to insure delivery) on this 18th day of January, 2022.

| | |
|---|---|
| Tiffany DiIorio, Esq. (VIA EMAIL) | Steven L. Lefkovitz, Esq. (ECF) |
| Office of the United States Trustee | Attorney for Debtor |

                                                            /s/ John P. Newton
                                                            John P. Newton, Esq.